FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2022

No. 04-22-00033-CV

Frederick **BEEBE**,
Appellant

v.

**CITY OF SAN ANTONIO**, by and through its agent, CPS Energy,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI19603
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellant seeks to appeal the trial court's final judgment signed on October 19, 2021. Appellant's notice of appeal was filed on January 13, 2022. In order to extend the deadline for filing a notice of appeal to ninety days after the date the judgment was signed, i.e., to January 18, 2022, a motion for new trial had to be filed on or before November 18, 2021. *See* Tex. R. Civ. P. 329b(a) (motion for new trial must be filed within thirty days of judgment); Tex. R. App. P. 26.1(a). Because appellant's motion for new trial contained in the clerk's record was file-stamped on November 19, 2021, we issued an order instructing appellant to show cause why the appeal should not be dismissed for lack of jurisdiction. Appellant responded with written proof that the motion for new trial was timely e-filed on November 18, 2021. *See* Tex. R. App. P. 9.2(c)(4). Appellant's notice of appeal was therefore timely filed and we have jurisdiction over the appeal. Accordingly, the appeal is retained on this court's docket.

It is ORDERED that the reporter's record shall be filed in this court ***within thirty days (30)*** from the date of this order.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2022.



FILE COPY

MICHAEL A. CRUZ, Clerk of Court